In the Matter of PAUL A. VIVERS, an attorney at law.

For the order: *Mr. Charles L. Bertini.*

February 19, 1962. Name of respondent stricken from roll of attorneys at law. Opinion reported at 36 *N. J.* 531.